GANNON *v.* GANNON

Appeal from Kent, John H. Vander Wal, J. Submitted Division 3 April 8, 1969, at Grand Rapids. (Docket No. 5,927.)　Decided May 26, 1969.

Complaint by Helen Delores Gannon against John Thomas Gannon for separate maintenance. Complaint dismissed. Plaintiff appeals. Affirmed.

*Catchick, Mohney, Norris, Goodrich & Titta,* for plaintiff.

*Rhoades, McKee & Boer,* for defendant.

BEFORE: QUINN, P. J., and HOLBROOK and T. M. BURNS, JJ.

PER CURIAM. Plaintiff appeals from the dismissal of her action for separate maintenance. The trial judge ordered the dismissal after finding that plaintiff had failed to establish sufficient grounds for the relief requested.

A *de novo* review of the record does not convince this Court that had it sat as the trial court it would have found differently than the trial court did.

Affirmed, with costs to defendant.